FILED
2026 JUN 10 PM 3:12
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (#9832)
JOSEPH HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 N. Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email: joseph.hood@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| JORGE ARTURO MONDRAGON-ADAME, | : | |
| Defendant. | : | 4:26-cr-00049 AMA-PK |

---

The United States Attorney charges:

COUNT 1

On or about June 9, 2026, in the District of Utah,

JORGE ARTURO MONDRAGON-ADAME,

the defendant herein, an alien who on or about May 6, 2017, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 10th day of June, 2026.

MELISSA HOLYOAK
United States Attorney

JOSEPH HOOD
Assistant United States Attorney